**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN ALLRED, VICTORIA KLEIN, and MICHAEL E. DOYLE,<br>Plaintiffs,<br>v.<br>H.I.G. CAPITAL, LLC, a Limited Liability Company; H.I.G. GP II, INC. a Corporation; H.I.G. CCS-CMGC, L.P., a Limited Partnership; CCS-CMGC PARENT GP, LLC, a Limited Liability Company; and CCS-CMGC, PARENT HOLDINGS, L.P., a Limited Partnership; and DOES 1 through 50, inclusive,<br>Defendants. | Case No.: 3:25-CV-02306-H-KSC<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION REGARDING NON-SUBSTITUTION OF DECEASED PLAINTIFF MICHAEL E. DOYLE AND REQUEST FOR DISMISSAL**<br><br>[Doc. No. 16.] |

On October 22, 2025, Plaintiffs Kristin Allred and Victoria Klein filed an ex parte motion regarding the non-substitution of Deceased Plaintiff Michael E. Doyle and the dismissal of the claims of Michael E. Doyle without prejudice. (Doc. No. 15.) In support of their motion, Plaintiffs provided the declaration of Lynn A. Doyle, Michael E. Doyle's wife and successor-in-interest, declining to be substituted as a plaintiff and requesting that the claims of Michael E. Doyle be dismissed without prejudice. (Doc. No. 15-2.) Defendants do not object to the motion. (Id.)

A hearing on Plaintiff's motion to is currently scheduled for Monday, February 2, 2026 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1),

determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing. For good cause shown, the Court grants Plaintiffs' ex parte motion regarding non-substitution of Deceased Plaintiff Michael E. Doyle and dismisses the claims of Michael E. Doyle without prejudice. The claims of the remaining Plaintiffs may continue to be prosecuted in the ordinary course.

**IT IS SO ORDERED.**

DATED: January 26, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT