# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kristin Allred; Victoria Klein

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25-cv-02306-H-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes Defendants have not satisfied its burden of establishing that the Court has subject matter jurisdiction over the present action under "related to" bankruptcy jurisdiction. Accordingly, the Court grants Plaintiffs' motion to remand, and the Court remands the action back to the Superior Court of California, County of San Diego. In addition, the Court denies Defendants' motion to transfer venue as moot, and the Court denies Defendants' motion to dismiss without prejudice. The case is hereby closed.

**Date:** 2/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-02306-H-KSC

Defendants:
H.I.G. Captial, LLC, a Limited Liability Company; H.I.G. GP II, Inc., a Corporation; H.I.G. CCS-CMGC, L.P., a Limited Partnership; CCS-CMGC Parent GP, LLC, a Limited Liability Company; CCS-CMGC, Parent Holdings, L.P., a Limited Partnership.